CHIEF JUSTICE
  ROBERT D. BURNS, III

JUSTICES
  DAVID BRIDGES
  LANA MYERS
  ADA BROWN
  BILL WHITEHILL
  DAVID J. SCHENCK
  KEN MOLBERG
  LESLIE OSBORNE
  ROBBIE PARTIDA-KIPNESS
  BILL PEDERSEN, III
  AMANDA L. REICHEK
  ERIN A. NOWELL
  CORY L. CARLYLE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

May 3, 2019

Hon. Stephanie Mitchell
Presiding Judge
291st Judicial District Court
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB 34
Dallas, Texas  75207

RE:   Court of Appeals Number:   05-19-00476-CR
      Trial Court Case Number:   F14-47041-U

Style:  Daniel Rodriguez Saldana v. The State of Texas

Dear Judge Mitchell:

        After reviewing the record, the Court notes that it does not contain the trial court's certification of appellant's right to appeal.  *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).  Therefore, please file, within **TEN DAYS** of the date of this letter, a completed certification that accurately reflects the trial court proceedings.  We appreciate your attention to this matter.

                        Respectfully,

                        /s/ Lisa Matz, Clerk of the Court

LM:jlw